FILED
CLERK, U.S. DISTRICT COURT

FEB 27 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,        )    NO.: 08-0452M
                                     )
12                    Plaintiff,     )    ORDER OF DETENTION AFTER HEARING
                                     )       [Fed.R.Crim.P. 32.1(a)(6);
13            v.                     )         18 U.S.C. 3143(a)]
                                     )
14  EDGAR RODOLFO CANO,              )
                                     )
15                                   )
                     Defendant.      )
16                                   )
                                     )
17  ─────────────────────────────────

18        The defendant having been arrested in this District pursuant to

19  a "No Bail" warrant issued by the United States District Court for the

20  Southern District of California for alleged violation(s) of the terms

21  and conditions of his supervised release; and

22        The Court having conducted a detention hearing pursuant to

23  Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

24        The Court finds that:

25  A.    (X)   The defendant has not met his burden of establishing by

26        clear and convincing evidence that he is not likely to flee if

27        released under 18 U.S.C. § 3142(b) or (c).  This finding is

28  Deten[2].ord

1    based on his uncertain immigration status and his alleged

2    violations of the conditions of his supervised release.

3    and

4 B.    (X)   The defendant has not met his burden of establishing by

5    clear and convincing evidence that he is not likely to pose a

6    danger to the safety of any other person or the community if

7    released under 18 U.S.C. § 3142(b) or (c). This finding is based

8    on his substance abuse history and his criminal history, which

9    includes a recent felony drug conviction.

10

11    IT THEREFORE IS ORDERED that the defendant be detained pending

12 the further revocation proceedings.

13

14 DATED: February 27, 2008

15

16                                    _____

17                                    MARGARET A. NAGLE
                                      United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28
   Deten[2].ord                        2